

EXHIBIT K

**1**

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE DISTRICT OF MARYLAND
3  ----------------------------x
4  CHARLES CASEY and          :
5  JEANNETTE CASEY,           :
6      Plaintiffs,   :
7      v.           : Civil No.
8  BEST BUY STORE,            : CCB-10-CV-2268
9      Defendant.   :
10  ----------------------------x
11
12      Deposition of CHRISTOPH J. FLAHERTY, P.E.
13          Bowie, Maryland
14          Monday, June 20, 2011
15          2:15 p.m.
16
17
18
19
20  Job No.: 11806
21  Pages: 1 - 43
22  Reported by: Dianna C. Kilgalen, RPR

**2**

1      Deposition of CHRISTOPH J. FLAHERTY, P.E.,
2  held at the law offices of:
3
4
5      DeCARO, DORAN, SICILIANO, GALLAGHER
6      & DeBLASIS, LLP
7      17251 Melford Boulevard
8      Suite 200
9      Bowie, Maryland 20715
10      (301) 352-4950
11
12
13
14
15      Pursuant to Notice, before Dianna C. Kilgalen,
16  Registered Professional Reporter and Notary Public
17  in and for the State of Maryland.
18
19
20
21
22

**3**

1          A P P E A R A N C E S
2  ON BEHALF OF THE PLAINTIFFS:
3      SANDRA B. MINTON, ESQUIRE
4      NEAD, MINTON & FERRIS, LLP
5      305 West Chesapeake Avenue
6      Suite 325
7      Towson, Maryland 21204
8      (410) 337-7704
9
10  ON BEHALF OF THE DEFENDANT:
11      CHRISTOPHER R. DUNN, ESQUIRE
12      DeCARO, DORAN, SICILIANO, GALLAGHER
13      & DeBLASIS, LLP
14      17251 Melford Boulevard
15      Suite 200
16      Bowie, Maryland 20715
17      (301) 352-4950
18
19
20
21
22

**4**

C O N T E N T S

1
2  EXAMINATION OF CHRISTOPH J. FLAHERTY, P.E.      PAGE
3      By Ms Minton                5
4
5
6          E X H I B I T S
7          (Retained by counsel)
8  FLAHERTY DEPOSITION EXHIBIT              PAGE
9  Ex. 1   Mr. Flaherty's report         15
10  Ex. 2   Photographs                   26
11
12
13
14
15
16
17
18
19
20
21
22

---

**5**

PROCEEDINGS

1  CHRISTOPH J. FLAHERTY, P.E., having been duly
2  sworn, testified as follows:
3  EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:
4  BY MS. MINTON:
5      Q.  Mr. Flaherty, for the record, would you state
6  your complete name?
7      A.  Christoph Jackson Flaherty.
8      Q.  And where do you work?
9      A.  My current full-time employment is as an
10 instructor in electrical engineering at the United
11 States Naval Academy.
12     Q.  That is your primary full-time, I think?
13     A.  Yes.
14     Q.  Do you have other employment?
15     A.  Yes.  I also do consulting on a part-time
16 basis mostly for CED Investigative Technologies for
17 electrical engineering accidents and investigations.
18     Q.  The case we are here to discuss today, this
19 was with CED?  You were working with them at the time?
20     A.  Yes.  I still do work with them, as I said,
21 on a part-time consulting basis.

---

**6**

1      Q.  Approximately how much time do you spend with
2  them?
3      A.  Usually around 20 hours a month.  It varies
4  in years.  Some months are less and some are more.
5      Q.  How long have you been working with them?
6      A.  I was a full-time employee of CED before I
7  went to teach at the Naval Academy.  So including my
8  full-time work, I have been associated with CED since
9  June of 2003.
10     Q.  Of the 20 hours a month, approximately how
11 many cases does that involve that you would be -- or
12 incidents?  I'm not sure how you categorize them.
13     A.  I am currently working on probably between 10
14 and 15 active cases, but I wouldn't work on each of
15 them every month.  I would say monthly, probably three
16 or four.
17     Q.  Have you testified in any cases that you have
18 consulted on?
19     A.  Yes.
20     Q.  When was the last time you did that?
21     A.  The last time I testified?
22         MS. MINTON:  Yes.

---

**7**

1      A.  Was in a deposition in December, this last
2  December, 2010.
3      Q.  What type of case was that in?
4      A.  That was a case involving an electric shock
5  with an allegedly damaged extension cord in a
6  convention center.
7      Q.  Where did you testify?  This is a
8  deposition.  Have you testified in court on this one?
9      A.  Not on this one, no.
10     Q.  Do you know whether or not this will be going
11 to court?
12     A.  I'm pretty sure that it will be going to
13 court.
14     Q.  Have you testified in court?
15     A.  Yes.
16     Q.  Okay.  When was the last court that you
17 testified in?
18     A.  Last court was in New Jersey.  I'm pretty
19 sure -- my notes don't indicate it.  I'm pretty sure it
20 was in federal court.  The date was June 25th of 2009.
21     Q.  My next question might have been have you
22 testified in federal court, and you just answered

---

**8**

1  that.  Have you ever testified in federal court in the
2  Baltimore area?
3      A.  No.
4      Q.  How many times have you testified in court?
5      A.  Twice.
6      Q.  All right.  The New Jersey case and when
7  else?
8      A.  Another case in the Superior Court of D.C.,
9  and that was in May of 2007.
10     Q.  When you testified, you were held out to be
11 an expert in what area?
12     A.  Electrical engineering.
13     Q.  In both cases?
14     A.  Yes.
15     Q.  Have you ever been identified as an expert in
16 any other field other than electrical engineering?
17     A.  In the most recent case that I testified in,
18 which we anticipate will be going to trial in November,
19 I'm also testifying as an expert in electrical work
20 practices.
21     Q.  Do you want to spell that for me and then
22 explain it?

9

1    A.  I just mean the conduct of electrical work by
2 electricians, the labor and safety standards regarding
3 performing electrical work.
4    Q.  All right.  This particular case involves a
5 shock relating to use of a computer.  Have you ever
6 been involved in a case such as that?
7    A.  Yes.  I have been involved in several cases
8 that involve cord-connected appliances such as
9 computers.
10    Q.  Court-connected appliances?
11    MR. DUNN:  Cord.
12    A.  Cord, yes, C-O-R-D.
13    MS. MINTON:  Thank you.
14    (Thereupon, there was a discussion off the
15 record.)
16 BY MS. MINTON:
17    Q.  When you say cord-connected appliances,
18 explain what you mean.
19    A.  I mean consumer electrical appliances or
20 devices that are powered by a cord that is plugged into
21 an outlet.
22    Q.  So in all of these cases, it has been an

10

1 outlet that has been involved with -- I don't want to
2 say with the injury -- but presumably, an outlet has
3 been involved in your investigation?
4    A.  Not in all of the cases that I have done, but
5 you asked me for similar cases.  So the cases involving
6 cord-connected appliances are those that have similar
7 considerations.
8        So in all of those cases, a device would have
9 been plugged into a building circuitry with an outlet,
10 with a plug and into an outlet.
11    Q.  Okay.  And in those cases where you have --
12    A.  In some cases -- excuse me.
13    MS. MINTON:  That is fine.
14    A.  In some cases, there is also a surge
15 protector or outlet multiplier, sometimes referred to
16 as a power tap, involved.
17    Q.  Explain to me what a power tap is.
18    A.  It is just a device that provides multiple
19 receptacles for appliances to plug into.
20    Q.  As a part of the surge protector?
21    A.  Well, sometimes they are colloquially
22 referred to as surge protectors, but many of them do

11

1 not offer any surge protection.  So it's a little bit
2 of a misnomer.
3        So a power tap is just something that
4 provides multiple outlets to plug into.  It could be a
5 surge protector as well, or not.
6    Q.  On the cases which have involved computers,
7 are the injuries -- or were the injuries that were
8 being suggested related to an electrical shock?
9    A.  I'm trying to think if any of the cases
10 specifically involved computers.  And I do not think
11 that I have any others that specifically involve
12 computers.
13    Q.  Okay.  Where did you do your training?
14    A.  I have an electrical engineering degree from
15 Tufts University, and I have the naval training
16 associated with electrical distribution and power
17 systems in nuclear propulsion.
18        And then I also have a, sort of, self-study
19 refresher leading up to the professional engineer's
20 exam.
21    Q.  Do you have anything beyond -- I understand
22 that you did the training for your P. E., but anything

12

1 beyond a bachelor's degree?
2    A.  Yes.  I have a master's degree in electrical
3 engineering.
4    Q.  So both your undergraduate and your master's?
5    A.  No.  My undergraduate degree was in physics.
6    MR. DUNN:  That was from Tufts?
7    THE WITNESS:  I'm sorry.  The undergraduate
8 degree was from the Naval Academy, and the master's
9 degree was from Tufts University.
10 BY MS. MINTON:
11    Q.  Okay.  You obviously use computers for
12 presentation of your work.  Have you had any specific
13 training on computers or the maintenance of computers?
14    A.  I have some personal research and experience,
15 but no official certified training.
16    Q.  Tell me about the personal research.
17    A.  I have personally built a computer and --
18 built one computer and rebuilt one computer.  And in
19 researching the tasks necessary to do that, I did a
20 fair amount of Internet searching, and I also consulted
21 with some colleagues at the Naval Academy who have more
22 experience in computers, in specific.

13

1    Q.   Is that also in your personal experience?
2  You said research and personal experience.
3    A.   **Yes.  The research in that case was to**
4  **support my personal desires to construct a computer and**
5  **to repair one that I had.**
6    Q.   Okay.  How long have you been an electrical
7  engineer?
8    A.   **I have been working as an electrical engineer**
9  **in accident investigation since 2003.**
10   Q.   You hesitate.  Was there something else you
11  wanted to add?
12   A.   **Well, I was going to say I have been a**
13  **licensed professional engineer in electrical**
14  **engineering since the end of 2005.**
15   Q.   Your report is dated January 28th, 2011.  Did
16  you provide any report to anyone concerning the
17  incident that is being investigated here before January
18  28, 2011?
19   A.   **I did provide some verbal analysis but**
20  **nothing written.**
21   Q.   Does your verbal analysis -- or did your
22  verbal analysis coincide with the notes that you

14

1  provided as a part of your file?
2    A.   **The notes that I provided as part of my file**
3  **were notes that I wrote during the inspection at Doctor**
4  **Casey's residence.**
5    Q.   All right.  Do you have any writings
6  concerning what your verbal conversation was?
7    A.   **No.**
8    Q.   Okay.  And who was it that you gave this, the
9  verbal report, to?
10   A.   **Rob Christiansen, who is a claims adjustor,**
11  **and I think it's for Erie Insurance.  No.  It's ESIS.**
12  **Sorry.**
13       MS. MINTON:  Off the record.
14       (Thereupon, there was a discussion off the
15  record.)
16  BY MS. MINTON:
17   Q.   Have you talked with anyone concerning the
18  report --
19       MS. MINTON:  Let's identify the report.  That
20  might be easier for the record.  How do you want to do
21  this, Madam Court Reporter?  For the record, since this
22  is done by phone, let me ask Mr. Flaherty to identify

15

1  it.  Then that will make it easier for you to put it on
2  the record, and you can put an exhibit number on it.
3  BY MS. MINTON:
4    Q.   Can you do that, Mr. Flaherty?
5    A.   **This is a written report that I prepared for**
6  **Mr. Dunn.  It's dated January 28th, 2011.**
7    Q.   And how many pages are there, for the court
8  reporter's benefit?
9    A.   **Five.  Five pages.**
10       MS. MINTON:  We will mark this as Flaherty
11  Exhibit 1.
12       (Whereupon, Flaherty Deposition Exhibit 1 was
13  marked for identification.)
14       (Thereupon, there was a discussion off the
15  record.)
16  BY MS. MINTON:
17   Q.   When were you first retained to do an
18  investigation relating to this claimed incident?
19   A.   **On December 27th, 2007.**
20   Q.   So between the time that you were initially
21  retained until the time that you wrote your report
22  dated January 28th, 2011, you wrote no other reports?

16

1    A.   **That's right.**
2    Q.   In the exhibit identified as Flaherty Number
3  1, you have listed six components of your
4  investigation.  Have you added any components to that
5  as far as your total investigation is concerned?
6    A.   **Yes.**
7    Q.   What would those components be?
8    A.   **Those include a review of Doctor Riley's**
9  **deposition.**
10       MS. MINTON:  Okay.
11   A.   **And also Mr. Pkach's deposition.  Pkach, I**
12  **believe, is spelled P-K-A-C-H.  And I think that is it.**
13   Q.   The inclusion of these two depositions in
14  your investigation, have they changed or made a
15  difference in the opinion that you express in this
16  report?
17   A.   **They have added a little bit.  They have**
18  **changed a little bit, not substantively, just gotten a**
19  **little bit clearer about another item that I hadn't**
20  **previously addressed.**
21   Q.   Have you been asked to write a supplement to
22  your report?

17

1    A.  No.
2    Q.  Have you talked to anyone concerning
3  supplementing the report?
4    A.  No.
5    Q.  Have you made any notes concerning the change
6  in your opinion relating to the additional depositions
7  and your investigation?
8    A.  I wouldn't call it a change in my opinion.
9  It was just a refining or a further -- getting a little
10  bit more specific as to a certain aspect of it.  I
11  have -- I'm sorry.  Your question?
12    Q.  It was a long time ago.  I just wanted to
13  know if you had changed your opinion, and you have
14  indicated that you have refined your opinion.
15    A.  Right.  It wasn't a change.
16    Q.  Other than meeting with Mr. Dunn prior to
17  your deposition, have you talked with anyone else
18  concerning this deposition in your preparation?
19    A.  No.
20    Q.  Based upon your investigation and the
21  additional items that have been added to your
22  investigation, were you able to come to an opinion

18

1  regarding the injuries sustained by Doctor Casey?
2    A.  Not --
3    MR. DUNN:  I'm going to object to the form,
4  because you are asking him about injuries.
5  BY MS. MINTON:
6    Q.  Well, about an electrical shock.  Forget the
7  injuries.  About electrical shock relating to Doctor
8  Casey's claims.
9    A.  Yes.
10    Q.  And what is that opinion?
11    A.  My opinion is that if Mr. Casey did, in fact,
12  receive an electrical shock, it could not have been
13  received by the computer that he had serviced at Best
14  Buy.
15    Q.  And what is the basis of your opinion?
16    A.  The opinion is based on the electrical
17  testing that I did during the inspection in March of
18  2008, where I examined Doctor Casey's computer at his
19  residence, and I performed some electrical tests and
20  measurements, in addition to a visual inspection, which
21  confirmed or determined that the computer case was
22  grounded, that is, connected to the computer's

19

1  grounding pin, and that there was no evidence of any
2  interruption in that ground path.
3    There was no indication that any interruption
4  in the ground could have been possible.  And as such, a
5  grounded appliance, the way this computer was grounded,
6  would not be able to provide the electrical energy
7  necessary to shock Doctor Casey in the way that he
8  described.
9    Q.  Do you have an opinion -- well, let me back
10  up a minute.  And is your opinion based -- what is the
11  strength of your opinion?
12    MR. DUNN:  What is the strength of his
13  opinion?
14  BY MS. MINTON:
15    Q.  Is it within a probability?
16    MR. DUNN:  Objection to form.  But you can
17  answer.
18    A.  I hold these opinions to within a reasonable
19  degree of electrical engineering certainty.  And --
20    MS. MINTON:  You answered my question, even
21  though it was bad.  I appreciate that.  I want to put
22  on the record that I reserve the right to recall

20

1  Mr. Flaherty if, in fact, he changes his opinion, or is
2  ready to testify to anything other than what he is
3  testifying to today.
4    MR. DUNN:  You didn't ask him whether his
5  opinion changed, or just clarified a couple of things.
6    MS. MINTON:  I will ask him that, too.  He
7  didn't put anything in writing.  But if he does change
8  it, I reserve the right to recall him for whatever
9  opinion that might be.
10  BY MS. MINTON:
11    Q.  Tell me a little bit about your -- what was
12  the word that you used?  You refined your opinions.
13  Tell me how your opinion was refined.
14    A.  In my report, at one point --
15    MS. MINTON:  Tell me what page you are
16  referring to.
17    A.  Page 3 in the middle of the page -- I say or
18  I wrote CED, meaning myself, inspected the computer
19  case exterior and found no indications of an electrical
20  fault or any other electrical abnormalities.
21    And after having looked at the other
22  testimonies, and considering the injuries that Doctor

21

1   Casey reported and were evident in the photographs of
2   him that were provided, I would amplify that statement
3   to say that an electrical shock that could have caused
4   the type of sensation and injuries that he described
5   would have left physical evidence of its occurrence.
6       Q.   Do you have any opinion as to how Doctor
7   Casey sustained the injuries that he claimed based on
8   the photographs that you reviewed?
9       MR. DUNN:  Objection to the form.  You can
10   answer.
11      A.   I do not have any opinions regarding how
12   Mr. Casey sustained -- or Doctor Casey sustained those
13   injuries.
14   BY MS. MINTON:
15      Q.   Did you say anything in your report about
16   what you thought might have been the cause?
17      A.   No, I did not.  I limited my investigation to
18   an inspection and testing of the computer in
19   Mr. Casey's office -- Doctor Casey's office.
20      Q.   What do you know about repairs which may have
21   been done to the computer that was taken into Best Buy
22   for repair?  What repairs were made?

22

1       A.   Based on Doctor Casey's testimony and the
2   service records provided by Best Buy, and on
3   Mr. Pkach's testimony, Doctor Casey took the computer
4   to Best Buy because he was having some problems
5   operating it.
6           And they did some analysis on it and
7   determined that it had been infected with a virus.  And
8   they performed some virus removal.  And I think there
9   was also some notation about having to replace a CD
10   drive.
11      Q.   Based on your own personal investigation and
12   personal experience, would you have any opinion as to
13   why there needed to be a replaced drive in the computer?
14      MR. DUNN:  Objection to the form.
15      A.   No, I do not.
16   BY MS. MINTON:
17      Q.   In your own personal experience and personal
18   research, have you ever known that a virus could
19   precipitate the need to replace any drive in the
20   computer?
21      A.   They commonly do not.  The only instances
22   that I could think of is viruses that may affect the

23

1   computer's hard drive, and that might necessitate a
2   replacement of the hard drive.
3       Q.   But that's not what you understand was
4   replaced, correct?
5       A.   That's right.
6       Q.   Based on your own personal experience and
7   research, would there be any need to do anything within
8   the hardware of the computer that was taken in for
9   repair?
10      A.   I do not know if there was anything wrong
11   with the hardware for Mr. Casey's computer.
12      Q.   None of the documents that you have reviewed
13   indicate that?
14      A.   Well, with the exception of the one that says
15   that they had to replace the CD drive.  I think there
16   were some notes regarding the fit of it.
17      Q.   When you did your investigation, did you
18   check all of the outlets in the room in which the
19   computer was installed?
20      A.   I checked the outlet to which the computer
21   had reportedly been plugged into.
22      Q.   When you first went to the investigation --

24

1   to investigate the computer and the claims brought by
2   Mr. Casey or Doctor Casey, what did you observe?
3       A.   Do you mean when I went to his house to
4   inspect the computer?
5       MS. MINTON:  Yes.  Yes.
6       A.   I saw the computer, along with some
7   peripherals and some other equipment.  The computer was
8   set up on a small portable computer desk in the corner
9   of a room in his house.
10          There were a couple of cell phone chargers.
11   There was a lamp, and there were some -- there was, I
12   think, an extension cord.  There was a surge protector
13   or a power tap -- I think it was just a power tap as
14   opposed to a surge protector -- all in the area around
15   the computer.
16          The -- let's see.  I made some notes
17   regarding the status of all of those appliances that
18   the were in that area regarding what they were plugged
19   into.
20      Q.   Tell me what was plugged in when you first
21   went to the scene.
22      A.   So when I first arrived, I noted that the

## 25

1  printer was unplugged, that the lamp in the corner was
2  unplugged, that the computer was plugged into the power
3  strip. The monitor was unplugged. There was a cell
4  phone charger plugged into the power strip.
5      There were speakers, computer speakers, that
6  were powered and plugged into the power strip. The
7  strip itself was not plugged into anything. So it was
8  unplugged. And there was a wireless Verizon router
9  which was plugged into an orange strip which was
10  plugged, in turn, into a second outlet a little bit
11  further away from the corner in which the computer and
12  the other appliances were plugged.
13      Q.  Do you know -- you mentioned a couple of
14  appliances that were not plugged when you first saw
15  it. Do you know whether these appliances were plugged
16  in at the time of the alleged incident?
17      A.  I believe that the lamp was plugged in. I do
18  not know, and I have to assume that the monitor was
19  plugged in since Mr. Casey had been using his
20  computer. I based my recollection that the lamp was
21  plugged in on Mrs. Casey's testimony, who, if I'm
22  remembering correctly, says that the lamp was on when

## 26

1  she found Doctor Casey right after he had experienced
2  the accident.
3      And I'm assuming the printer was plugged in,
4  although I don't know that. Actually, I don't know one
5  way or another whether the printer was plugged in.
6      MS. MINTON: You took a number of
7  photographs. We have black and white copies. You have
8  color copies. And you have the color photos on a CD.
9  Court reporter, you can stop for a minute.
10      (Thereupon, there was a discussion off the
11  record.)
12      (Whereupon, Flaherty Deposition Exhibit 2 was
13  marked for identification.)
14      MS. MINTON: I am just identifying this for
15  the record. This is Exhibit 2. There are two
16  photographs on each page. There are a total of 73
17  photos and there is one page in the middle that
18  identifies some of the later photographs, just so that
19  we are clear on the identification. And that will
20  work. Chris, I don't think -- you don't have to send
21  them. No.
22      MR. DUNN: I don't need that attached.

## 27

1      MS. MINTON: We don't need that attached. We
2  probably don't need the report attached.
3  BY MS. MINTON:
4      Q.  Just so I'm clear, Mr. Flaherty, is it your
5  opinion that there was nothing in the room where the
6  Casey computer was sitting when you investigated that
7  could have led to the electrical shock that Mister --
8  that Doctor Casey said he experienced?
9      A.  No. That is not my opinion.
10      Q.  Okay. But you have no opinion as to how the
11  electric shock may have occurred?
12      A.  That's right. I did not attempt to determine
13  how the shock may have happened.
14      Q.  But you did check all of the cables based on
15  the photographs and your report. Is that correct?
16      A.  I checked -- I checked the plugs and cables
17  for the monitor, the printer, and the lamp. I do not
18  think I checked all of the cables that were there.
19      Q.  Did you check the outlets?
20      A.  I checked the outlet that the computer power
21  strip had been plugged into, according to Mr. Casey.
22      Q.  When Doctor Riley gave his deposition, he

## 28

1  indicated that there could have been some crimped wires
2  within the computer after it was repaired and put back
3  together by Best Buy. Do you agree with that, the
4  information that he conveyed?
5      A.  I did not find any evidence of crimped or
6  misplaced wires in Doctor Casey's computer.
7      Q.  Would you agree that were there crimped wires
8  in the computer, that this could have caused the
9  electric shock that Doctor Casey experienced?
10      MR. DUNN: Objection to the form. But you
11  can answer.
12      A.  Not if Doctor Casey's computer was still
13  properly grounded, which, according to my measurements,
14  it was.
15  BY MS. MINTON:
16      Q.  All right. Now, when you say properly
17  grounded, tell me what you mean.
18      A.  The computer is powered by a power supply
19  which is included inside the case of the computer, and
20  it is the part of the computer that the computer power
21  cord plugs into.
22      I will reference my photographs, since we

29

1  have marked them as exhibits. The photographs 50 and
2  51 show the receptacle that the -- on the computer,
3  which is the exterior surface of the power supply for
4  the computer.
5       The computer has three lines, and the cord
6  that the computer plugs into has three lines. Those
7  lines include a hot, what is commonly referred to as
8  line voltage line which supplies the electrical energy
9  to run the computer. It is a neutral line which allows
10 the electrical energy to flow back to the source, in
11 this case, the house's electrical distribution system.
12      It's a complete path or current flow as
13 necessary in order to be able to use the electrical
14 energy. So those are the first two plugs. And then
15 the computer has a third receptacle prong, which is the
16 equipment-grounding receptacle, which is a safety
17 measure.
18      The exterior accessible surfaces of the
19 computer case are metal. And since they are metal,
20 they are capable of conducting electricity. And in
21 order to provide safety, the metal surfaces of the
22 computer are bonded, which means electrically connected

30

1  to the equipment grounding conductor.
2       So that any electrical charge that makes it
3  on to the metal case of the computer is immediately
4  connected also to the grounding prong.
5       When the computer is plugged into the wall of
6  the house, that grounding prong is attached to the
7  residence's grounding system, which is locally
8  physically grounded into the earth, and is connected in
9  such a way as to keep the system at zero voltage.
10      So that the grounding system cannot be
11 energized without causing a breaker to trip and without
12 causing a circuit to go down.
13      So if the computer is properly grounded,
14 which my measurements indicate that it was, then if the
15 exterior surface of the computer became electrically
16 charged due to some internal fault, the charge would
17 immediately dissipate into the house grounding system.
18      And that, assuming the house's distribution
19 system is working properly, would also result in the
20 circuit breaker for the circuit that the computer was
21 plugged into to trip off, de-energizing that computer
22 and anything else on that circuit.

31

1       Q.  Do you know if, in fact, the circuit breaker
2  was tripped as a result of this incident?
3       A.  I do not know. I did not attempt to
4  investigate Doctor Casey's residential wiring system or
5  any problems that there may have been with that, with
6  one exception, which is that I did test the outlet, and
7  the tests that I did on the outlet showed that it was
8  properly wired.
9       Q.  Would you look at Photograph 21, please? Can
10 you see a crack in that?
11      A.  Yes.
12      Q.  Okay. And this was there at the time that
13 you reviewed it?
14      A.  This was there at the time of my inspection,
15 yes.
16      MS. MINTON:  I just wanted to clarify that.
17      MR. DUNN:  I discovered that crack.
18      MS. MINTON:  We discovered it the night
19 before, and then I saw it on the photograph. That is
20 why I was asking.
21 BY MS. MINTON:
22      Q.  In your report, you indicate that the printer

32

1  had a USB cable.
2       A.  Yes.
3       Q.  All right. Where was that plugged in? Can
4  you identify a place on the computer where it was
5  plugged in?
6       A.  One of the -- most likely, one of the USB
7  receptacles on the back of the computer. This computer
8  also had USB receptacles on the front. So it could be
9  plugged into the front. But I would expect, most
10 likely, it would have been plugged in on the back.
11      Q.  But it wasn't plugged in, though, when you
12 were there?
13      A.  I don't remember noting it specifically. I'm
14 just looking at my pictures right now to see if I can
15 determine if it was. It was plugged in when I was
16 there.
17      Q.  It was plugged in? Where are you noting that?
18      A.  On Photograph Number 33. Actually, also 32.
19 32, 33, there is a -- it's a little bit more difficult
20 to see in your pictures, because they are black and
21 white.
22      MS. MINTON:  Show me what you are referring

33

1  to.
2      A.   There is a USB cable plugged in right there
3  next to where it says USB.
4      Q.   This one up here?
5      A.   Yes.  So on Photograph 33, right smack dab in
6  the middle of the photograph, there is a USB logo, and
7  right next to that is a USB plug.  You can see that the
8  USB cord has a silver appearance.  If you then look at
9  Photograph 37 and 39, those are pictures of the
10  printer.
11          And you can see that same silver appearance
12  of a cord going in as the USB connection for the
13  printer.
14      Q.   Did you unplug that at any time while you
15  were there?
16      A.   I do not recall having unplugged it.
17      Q.   When you are writing a report, do you use a
18  form or a template for doing that?
19      A.   It's more of a standard format, yes.
20      Q.   And tell me, if you can, what the format
21  would be.
22      A.   The format, in general, is to describe the

34

1  circumstance under which CED was retained.
2          MS. MINTON:  Okay.
3      A.   To list all of the items that we reviewed or
4  inspected as part of the investigation, to then
5  summarize the items reviewed or inspected, to -- and
6  then to draw -- explain and draw any conclusions based
7  on what was reviewed, inspected and tested.
8      Q.   And did you write your entire report by
9  yourself?
10      A.   I did, yes.
11      Q.   All right.  Did you consult any publications
12  or any other individuals to provide information or for
13  confirmation?
14      A.   Not other than general electrical engineering
15  texts and the National Electrical Code.
16      Q.   What information did you look for under the
17  National Electrical Codes?  Is that what you said?
18      A.   Yes.  The National Electrical Code, I
19  reviewed grounding requirements associated with cord-
20  connected appliances.
21      Q.   Would this have been something new for you in
22  this case?

35

1      A.   No.
2      Q.   When did you give your verbal report to the
3  agency that hired you or retained you?
4      A.   I'm referencing my billing.  I do not recall
5  myself.  I can reference the billing records that I
6  have for his case, and --
7          MS. MINTON:  Okay.
8      A.   -- give you, I think, an estimate of when it
9  would have been.  I gave an initial report to
10  Mr. Christiansen the day after the inspection, which
11  would have been on the 14th of March of 2008.
12      Q.   I think you have indicated that other than
13  what you have testified to today, you have listed all
14  of your opinions on your report.  Is that correct?
15      A.   Other than the one amplification or
16  clarification that I made, that is correct.  Yes.
17      Q.   Did you make any assumptions in coming to
18  your opinions?
19      A.   No.  My opinions are based entirely on the
20  testing and measurements that I performed while at
21  Doctor Casey's residence doing the inspection.
22      Q.   What is an ATX power supply?

36

1      A.   An ATX power supply is a specific size of
2  power supply for -- used in computers.
3      Q.   And all computers use the same --
4      A.   No.
5      Q.   -- size?
6      A.   No.  It depends on the type of computer and
7  what the computer is used for.  Computers have
8  different power requirements, and the power supplies
9  have different voltages that they supply for use in a
10  computer.
11          And those voltages and the plugs that they
12  provide for use inside a computer can be different
13  depending on the type of computer it is.  ATX is
14  probably the most widely known and used, because it is
15  that which most standard desktop computers would have.
16      Q.   Do you know if the Casey computer had the ATX
17  power supply?
18      A.   I do not recall looking at it specifically.
19  Without knowing exactly, I would assume that it did.
20      Q.   How would you know that?  Is there something
21  written on a cable or otherwise displayed?
22      A.   The power supply case may sometimes be

37

1  labeled to indicate specifically. Sometimes on brand-
2  built computers that are sold as whole constructed
3  units, not intended for consumers to work on, those
4  labels may not be there because the power supply is
5  built into the computer.
6     Q.  What is a leakage path?
7     A.  A leakage path sounds like a statement that
8  could be used to describe the -- an undesired path for
9  electricity to flow. It is not a technically-
10 recognized term.
11    Q.  If there is a loose or frayed power supply
12 that touches the inside of the case, would that have
13 any impact on someone touching the case?
14       MR. DUNN:  Objection to the form. But you
15 can answer.
16    A.  It could only have an impact if, again, the
17 case ground was also defeated or interrupted in some
18 way.
19 BY MS. MINTON:
20    Q.  The case ground meaning the external portion
21 of the computer itself?
22    A.  The case meaning the external portion of the

38

1  computer itself, and the ground meaning everything I
2  described earlier regarding the bonding of the metal
3  pieces.
4     Q.  Doctor Casey testified that when he touched
5  the computer, he touched the front of the computer and
6  the desk underneath it. Would that have any impact on
7  whether or not he could be electrically shocked?
8        MR. DUNN:  Objection to the form. Lack of
9  foundation. I don't think that is what Doctor Casey
10 testified to. But the record will speak for itself.
11    A.  It depends on what other items might be
12 present near the computer case and the desk area that
13 Doctor Casey was in contact with.
14 BY MS. MINTON:
15    Q.  Give me an example of what you are talking
16 about that may be different.
17    A.  Well, if there were some other ports running
18 across that area, or if there was some other appliance
19 near that area, some other piece of equipment that he
20 might have been able to come in contact with.
21    Q.  Do your pictures suggest anything like that?
22    A.  My pictures show a USB cable plugged into the

39

1  front of Doctor Casey's computer at that point.
2     Q.  Do you know what that USB cable goes to?
3     A.  I don't recall off the top of my head. I
4  think it was a cell phone, but I don't remember. Now
5  I'm looking through my pictures just to see if I can
6  see where that USB cable is going. It may have been
7  the keyboard or the mouse. Those are other
8  possibilities.
9        MS. MINTON:  Thank you. I have no more
10 questions.
11       MR. DUNN:  I have no questions. You have the
12 right to read the deposition transcript to make sure
13 everything was taken down accurately and completely, or
14 you can waive. It's your decision.
15       THE WITNESS:  I typically like to read them,
16 just because a lot of times, we have a lot of technical
17 explanations in there that sometimes court reporters
18 are not quite as familiar with.
19       And there are sometimes misspellings with
20 homophones and meaning.
21       MR. DUNN:  We will read, please.
22

40

1       (Signature having not been waived, the
2  deposition of CHRISTOPH J. FLAHERTY, P.E. was concluded
3  at 3:15 p.m.)
4
5
6
7
8
9
10       ACKNOWLEDGMENT OF DEPONENT
11    I, CHRISTOPH J. FLAHERTY, P.E., do hereby
12 acknowledge that I have read and examined the
13 foregoing testimony, and the same is a true, correct
14 and complete transcription of the testimony given by
15 me and any corrections appear on the attached Errata
16 sheet signed by me.
17
18
19 _____
20  (DATE)          (SIGNATURE)
21
22

---

**41**

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2

3        I, Dianna C. Kilgalen, the officer before

4    whom the foregoing proceedings were taken, do hereby

5    certify that the foregoing transcript is a true and

6    correct record of the proceedings, that said

7    proceedings were taken by me stenographically and

8    thereafter reduced to typewriting under my supervision;

9    and that I am neither counsel or related to, nor

10   employed by any of the parties to this case and have no

11   interest, financial or otherwise, in its outcome.

12        IN WITNESS WHEREOF I have hereunto set my

13   hand and affixed my notarial seal this 30th day of

14   June, 2011.

15

16   My commission expires June 30th, 2013.

17

18

19

20   _____

21   NOTARY PUBLIC IN AND FOR

22   THE STATE OF MARYLAND

---

**42**

1        E R R A T A   S H E E T

2    IN RE:  Casey -v- Best Buy Store

3    RETURN BY: _____

4    PAGE   LINE   CORRECTION AND REASON

5    ____  ____  _____

6    ____  ____  _____

7    ____  ____  _____

8    ____  ____  _____

9    ____  ____  _____

10   ____  ____  _____

11   ____  ____  _____

12   ____  ____  _____

13   ____  ____  _____

14   ____  ____  _____

15   ____  ____  _____

16   ____  ____  _____

17   ____  ____  _____

18   ____  ____  _____

19   ____  ____  _____

20   ____  ____  _____

21   ____  ____  _____

22   (DATE)        (SIGNATURE)

---

**43**

1    E R R A T A   S H E E T   C O N T I N U E D

2    IN RE:  Casey -v- Best Buy Store

3    RETURN BY: _____

4    PAGE   LINE   CORRECTION AND REASON

5    ____  ____  _____

6    ____  ____  _____

7    ____  ____  _____

8    ____  ____  _____

9    ____  ____  _____

10   ____  ____  _____

11   ____  ____  _____

12   ____  ____  _____

13   ____  ____  _____

14   ____  ____  _____

15   ____  ____  _____

16   ____  ____  _____

17   ____  ____  _____

18   ____  ____  _____

19   ____  ____  _____

20   ____  ____  _____

21   ____  ____  _____

22   (DATE)        (SIGNATURE)

---

**A**

able
17:22 19:6 29:13
38:20
abnormalities
20:20
Academy
5:12 6:7 12:8,21
accessible
29:18
accident
13:9 26:2
accidents
5:18
accurately
39:13
acknowledge
40:12
ACKNOWLE...
40:10
active
6:14
add
13:11
added
16:4,17 17:21
addition
18:20
additional
17:6,21
addressed
16:20
adjustor
14:10
affect
22:22
affixed
41:13
agency
35:3
ago
17:12
agree
28:3,7
alleged
25:16
allegedly

allows
29:9
amount
12:20
amplification
35:15
amplify
21:2
analysis
13:19,21,22 22:6
answer
19:17 21:10
28:11 37:15
answered
7:22 19:9
anticipate
8:18
appear
40:15
appearance
33:8,11
appliance
19:5 38:18
appliances
9:8,10,17,19 10:6
10:19 24:17
25:12,14,15
34:20
appreciate
19:21
approximately
6:1,10
area
8:2,11 24:14,18
38:12,18,19
arrived
24:22
asked
10:5 16:21
asking
18:4 31:20
aspect
17:10
associated
6:8 11:16 34:19
assume

7:5

25:18 36:19
assuming
26:3 30:18
assumptions
35:17
attached
26:22 27:1,2 30:6
40:15
attempt
27:12 31:3
ATX
35:22 36:1,13,16
Avenue
3:5

**B**

B
3:3 4:6
bachelor's
12:1
back
19:9 28:2 29:10
32:7,10
bad
19:21
Baltimore
8:2
based
17:20 18:16
19:10 21:7 22:1
22:11 23:6
25:20 27:14
34:6 35:19
basis
5:17,22 18:15
BEHALF
3:2,10
believe
16:12 25:17
benefit
15:8
Best
1:8 18:13 21:21
22:2,4 28:3 42:2
43:2
beyond
11:21 12:1
billing

35:4,5
bit
11:1 16:17,18,19
17:10 20:11
25:10 32:19
black
26:7 32:20
bonded
29:22
bonding
38:2
Boulevard
2:7 3:14
Bowie
1:13 2:9 3:16
brand
37:1
breaker
30:11,20 31:1
brought
24:1
building
10:9
built
12:17,18 37:2,5
Buy
1:8 18:14 21:21
22:2,4 28:3 42:2
43:2

**C**

C
1:22 2:15 3:1 4:1
5:1 41:3 43:1
cable
32:1 33:2 36:21
38:22 39:2,6
cables
27:14,16,18
call
17:8
capable
29:20
case
5:19 7:3,4 8:6,8
8:17 9:4,6 13:3
18:21 20:19
28:19 29:11,19

30:3 34:22 35:6
36:22 37:12,13
37:17,20,22
38:12 41:10
cases
6:11,14,17 8:13
9:7,22 10:4,5,5
10:8,11,12,14
11:6,9
Casey
1:4,5 18:1,11
19:7 21:1,7,12
21:12 22:3 24:2
24:2 25:19 26:1
27:6,8,21 28:9
36:16 38:4,9,13
42:2 43:2
Casey's
14:4 18:8,18
21:19,19 22:1
23:11 25:21
28:6,12 31:4
35:21 39:1
categorize
6:12
cause
21:16
caused
21:3 28:8
causing
30:11,12
CCB-10-CV-22...
1:8
CD
22:9 23:15 26:8
CED
5:17,20 6:6,8
20:18 34:1
cell
24:10 25:3 39:4
center
7:6
certain
17:10
certainty
19:19
CERTIFICATE

41:1
**certified**
12:15
**certify**
41:5
**change**
17:5,8,15 20:7
**changed**
16:14,18 17:13
20:5
**changes**
20:1
**charge**
30:2,16
**charged**
30:16
**charger**
25:4
**chargers**
24:10
**CHARLES**
1:4
**check**
23:18 27:14,19
**checked**
23:20 27:16,16,18
27:20
**Chesapeake**
3:5
**Chris**
26:20
**Christiansen**
14:10 35:10
**Christoph**
1:12 2:1 4:2 5:2,8
40:2,11
**CHRISTOPHER**
3:11
**circuit**
30:12,20,20,22
31:1
**circuitry**
10:9
**circumstance**
34:1
**Civil**
1:7

**claimed**
15:18 21:7
**claims**
14:10 18:8 24:1
**clarification**
35:16
**clarified**
20:5
**clarify**
31:16
**clear**
26:19 27:4
**clearer**
16:19
**Code**
34:15,18
**Codes**
34:17
**coincide**
13:22
**colleagues**
12:21
**colloquially**
10:21
**color**
26:8,8
**come**
17:22 38:20
**coming**
35:17
**commission**
41:16
**commonly**
22:21 29:7
**complete**
5:7 29:12 40:14
**completely**
39:13
**components**
16:3,4,7
**computer**
9:5 12:17,18,18
13:4 18:13,18
18:21 19:5
20:18 21:18,21
22:3,13,20 23:8
23:11,19,20

24:1,4,6,7,8,15
25:2,5,11,20
27:6,20 28:2,6,8
28:12,18,19,20
28:20 29:2,4,5,6
29:9,15,19,22
30:3,5,13,15,20
30:21 32:4,7,7
36:6,7,10,12,13
36:16 37:5,21
38:1,5,5,12 39:1
**computers**
9:9 11:6,10,12
12:11,13,13,22
36:2,3,7,15 37:2
**computer's**
18:22 23:1
**concerned**
16:5
**concerning**
13:16 14:6,17
17:2,5,18
**concluded**
40:2
**conclusions**
34:6
**conduct**
9:1
**conducting**
29:20
**conductor**
30:1
**confirmation**
34:13
**confirmed**
18:21
**connected**
18:22 29:22 30:4
30:8 34:20
**connection**
33:12
**considerations**
10:7
**considering**
20:22
**construct**
13:4

**constructed**
37:2
**consult**
34:11
**consulted**
6:18 12:20
**consulting**
5:16,22
**consumer**
9:19
**consumers**
37:3
**contact**
38:13,20
**convention**
7:6
**conversation**
14:6
**conveyed**
28:4
**copies**
26:7,8
**cord**
7:5 9:11,12,20
24:12 28:21
29:5 33:8,12
34:19
**cord-connected**
9:8,17 10:6
**corner**
24:8 25:1,11
**correct**
23:4 27:15 35:14
35:16 40:13
41:6
**CORRECTION**
42:4 43:4
**corrections**
40:15
**correctly**
25:22
**counsel**
4:7 5:4 41:9
**couple**
20:5 24:10 25:13
**court**
1:1 7:8,11,13,14

7:16,18,20,22
8:1,4,8 14:21
15:7 26:9 39:17
**Court-connected**
9:10
**crack**
31:10,17
**crimped**
28:1,5,7
**current**
5:10 29:12
**currently**
6:13
**C-O-R-D**
9:12

**D**

**D**
5:1 43:1
**dab**
33:5
**damaged**
7:5
**date**
7:20 40:20 42:22
43:22
**dated**
13:15 15:6,22
**day**
35:10 41:13
**DeBLASIS**
2:6 3:13
**DeCARO**
2:5 3:12
**December**
7:1,2 15:19
**decision**
39:14
**defeated**
37:17
**Defendant**
1:9 3:10
**degree**
11:14 12:1,2,5,8,9
19:19
**depending**
36:13
**depends**

36:6 38:11
**DEPONENT**
40:10
**deposition**
1:12 2:1 4:8 7:1,8
15:12 16:9,11
17:17,18 26:12
27:22 39:12
40:2
**depositions**
16:13 17:6
**describe**
33:22 37:8
**described**
19:8 21:4 38:2
**desires**
13:4
**desk**
24:8 38:6,12
**desktop**
36:15
**determine**
27:12 32:15
**determined**
18:21 22:7
**device**
10:8,18
**devices**
9:20
**de-energizing**
30:21
**Dianna**
1:22 2:15 41:3
**difference**
16:15
**different**
36:8,9,12 38:16
**difficult**
32:19
**discovered**
31:17,18
**discuss**
5:19
**discussion**
9:14 14:14 15:14
26:10
**displayed**

36:21
**dissipate**
30:17
**distribution**
11:16 29:11
30:18
**DISTRICT**
1:1,2
**Doctor**
14:3 16:8 18:1,7
18:18 19:7
20:22 21:6,12
21:19 22:1,3
24:2 26:1 27:8
27:22 28:6,9,12
31:4 35:21 38:4
38:9,13 39:1
**documents**
23:12
**doing**
33:18 35:21
**DORAN**
2:5 3:12
**draw**
34:6,6
**drive**
22:10,13,19 23:1
23:2,15
**due**
30:16
**duly**
5:2
**Dunn**
3:11 9:11 12:6
15:6 17:16 18:3
19:12,16 20:4
21:9 22:14
26:22 28:10
31:17 37:14
38:8 39:11,21
**D.C**
8:8

**E**

**E**
3:1,1 4:1,6 5:1,1
11:22 42:1,1,1
43:1,1,1,1

**earlier**
38:2
**earth**
30:8
**easier**
14:20 15:1
**electric**
7:4 27:11 28:9
**electrical**
5:11,18 8:12,16
8:19 9:1,3,19
11:8,14,16 12:2
13:6,8,13 18:6,7
18:12,16,19
19:6,19 20:19
20:20 21:3 27:7
29:8,10,11,13
30:2 34:14,15
34:17,18
**electrically**
29:22 30:15 38:7
**electricians**
9:2
**electricity**
29:20 37:9
**employed**
41:10
**employee**
6:6
**employment**
5:10,15
**energized**
30:11
**energy**
19:6 29:8,10,14
**engineer**
13:7,8,13
**engineering**
5:11,18 8:12,16
11:14 12:3
13:14 19:19
34:14
**engineer's**
11:19
**entire**
34:8
**entirely**

35:19
**equipment**
24:7 30:1 38:19
**equipment-gro...**
29:16
**Erie**
14:11
**Errata**
40:15
**ESIS**
14:11
**ESQUIRE**
3:3,11
**estimate**
35:8
**evidence**
19:1 21:5 28:5
**evident**
21:1
**Ex**
4:9,10
**exactly**
36:19
**exam**
11:20
**EXAMINATION**
4:2 5:4
**examined**
18:18 40:12
**example**
38:15
**exception**
23:14 31:6
**excuse**
10:12
**exhibit**
4:8 15:2,11,12
16:2 26:12,15
**exhibits**
29:1
**expect**
32:9
**experience**
12:14,22 13:1,2
22:12,17 23:6
**experienced**
26:1 27:8 28:9

**expert**
8:11,15,19
**expires**
41:16
**explain**
8:22 9:18 10:17
34:6
**explanations**
39:17
**express**
16:15
**extension**
7:5 24:12
**exterior**
20:19 29:3,18
30:15
**external**
37:20,22

**F**

**fact**
18:11 20:1 31:1
**fair**
12:20
**familiar**
39:18
**far**
16:5
**fault**
20:20 30:16
**federal**
7:20,22 8:1
**FERRIS**
3:4
**field**
8:16
**file**
14:1,2
**financial**
41:11
**find**
28:5
**fine**
10:13
**first**
15:17 23:22
24:20,22 25:14
29:14

**fit**
23:16
**Five**
15:9,9
**Flaherty**
1:12 2:1 4:2,8 5:2
5:6,8 14:22 15:4
15:10,12 16:2
20:1 26:12 27:4
40:2,11
**Flaherty's**
4:9
**flow**
29:10,12 37:9
**follows**
5:3
**foregoing**
40:13 41:4,5
**Forget**
18:6
**form**
18:3 19:16 21:9
22:14 28:10
33:18 37:14
38:8
**format**
33:19,20,22
**found**
20:19 26:1
**foundation**
38:9
**four**
6:16
**frayed**
37:11
**front**
32:8,9 38:5 39:1
**full-time**
5:10,13 6:6,8
**further**
17:9 25:11

**G**

**G**
5:1
**GALLAGHER**
2:5 3:12
**general**

33:22 34:14
**getting**
17:9
**give**
35:2,8 38:15
**given**
40:14
**go**
30:12
**goes**
39:2
**going**
7:10,12 8:18
13:12 18:3
33:12 39:6
**gotten**
16:18
**ground**
19:2,4 37:17,20
38:1
**grounded**
18:22 19:5,5
28:13,17 30:8
30:13
**grounding**
19:1 30:1,4,6,7,10
30:17 34:19

**H**

**H**
4:6 42:1 43:1
**hand**
41:13
**happened**
27:13
**hard**
23:1,2
**hardware**
23:8,11
**head**
39:3
**held**
2:2 8:10
**hereunto**
41:12
**hesitate**
13:10
**hired**

35:3
**hold**
19:18
**homophones**
39:20
**hot**
29:7
**hours**
6:3,10
**house**
24:3,9 30:6,17
**house's**
29:11 30:18

**I**

**identification**
15:13 26:13,19
**identified**
8:15 16:2
**identifies**
26:18
**identify**
14:19,22 32:4
**identifying**
26:14
**immediately**
30:3,17
**impact**
37:13,16 38:6
**incident**
13:17 15:18
25:16 31:2
**incidents**
6:12
**include**
16:8 29:7
**included**
28:19
**including**
6:7
**inclusion**
16:13
**indicate**
7:19 23:13 30:14
31:22 37:1
**indicated**
17:14 28:1 35:12
**indication**

19:3
**indications**
20:19
**individuals**
34:12
**infected**
22:7
**information**
28:4 34:12,16
**initial**
35:9
**initially**
15:20
**injuries**
11:7,7 18:1,4,7
20:22 21:4,7,13
**injury**
10:2
**inside**
28:19 36:12
37:12
**inspect**
24:4
**inspected**
20:18 34:4,5,7
**inspection**
14:3 18:17,20
21:18 31:14
35:10,21
**installed**
23:19
**instances**
22:21
**instructor**
5:11
**Insurance**
14:11
**intended**
37:3
**interest**
41:11
**internal**
30:16
**Internet**
12:20
**interrupted**
37:17

**interruption**
19:2,3
**investigate**
24:1 31:4
**investigated**
13:17 27:6
**investigation**
10:3 13:9 15:18
16:4,5,14 17:7
17:20,22 21:17
22:11 23:17,22
34:4
**investigations**
5:18
**Investigative**
5:17
**involve**
6:11 9:8 11:11
**involved**
9:6,7 10:1,3,16
11:6,10
**involves**
9:4
**involving**
7:4 10:5
**item**
16:19
**items**
17:21 34:3,5
38:11

**J**

**J**
1:12 2:1 4:2 5:2
40:2,11
**Jackson**
5:8
**January**
13:15,17 15:6,22
**JEANNETTE**
1:5
**Jersey**
7:18 8:6
**Job**
1:20
**June**
1:14 6:9 7:20
41:14,16

**K**

keep
30:9
keyboard
39:7
Kilgalen
1:22 2:15 41:3
know
7:10 17:13 21:20
23:10 25:13,15
25:18 26:4,4
31:1,3 36:16,20
39:2
knowing
36:19
known
22:18 36:14

**L**

labeled
37:1
labels
37:4
labor
9:2
Lack
38:8
lamp
24:11 25:1,17,20
25:22 27:17
law
2:2
leading
11:19
leakage
37:6,7
led
27:7
left
21:5
let's
14:19 24:16
licensed
13:13
limited
21:17
line

29:8,8,9 42:4
43:4
lines
29:5,6,7
list
34:3
listed
16:3 35:13
little
11:1 16:17,18,19
17:9 20:11
25:10 32:19
LLP
2:6 3:4,13
locally
30:7
logo
33:6
long
6:5 13:6 17:12
look
31:9 33:8 34:16
looked
20:21
looking
32:14 36:18 39:5
loose
37:11
lot
39:16,16

**M**

Madam
14:21
maintenance
12:13
March
18:17 35:11
mark
15:10
marked
15:13 26:13 29:1
Maryland
1:2,13 2:9,17 3:7
3:16 41:22
master's
12:2,4,8
mean

9:1,18,19 24:3
28:17
meaning
20:18 37:20,22
38:1 39:20
means
29:22
measure
29:17
measurements
18:20 28:13
30:14 35:20
meeting
17:16
Melford
2:7 3:14
mentioned
25:13
metal
29:19,19,21 30:3
38:2
middle
20:17 26:17 33:6
Minton
3:3,4 4:3 5:5 6:22
9:13,16 10:13
12:10 14:13,16
14:19 15:3,10
15:16 16:10
18:5 19:14,20
20:6,10,15
21:14 22:16
24:5 26:6,14
27:1,3 28:15
31:16,18,21
32:22 34:2 35:7
37:19 38:14
39:9
minute
19:10 26:9
misnomer
11:2
misplaced
28:6
misspellings
39:19
Mister

27:7
Monday
1:14
monitor
25:3,18 27:17
month
6:3,10,15
monthly
6:15
months
6:4
mouse
39:7
multiple
10:18 11:4
multiplier
10:15

**N**

N
3:1 4:1,1 5:1 43:1
43:1
name
5:7
National
34:15,17,18
naval
5:12 6:7 11:15
12:8,21
NEAD
3:4
near
38:12,19
necessary
12:19 19:7 29:13
necessitate
23:1
need
22:19 23:7 26:22
27:1,2
needed
22:13
neither
41:9
neutral
29:9
new
7:18 8:6 34:21

night
31:18
notarial
41:13
Notary
2:16 41:1,21
notation
22:9
noted
24:22
notes
7:19 13:22 14:2,3
17:5 23:16
24:16
Notice
2:15
noting
32:13,17
November
8:18
nuclear
11:17
number
15:2 16:2 26:6
32:18

**O**

O
4:1 5:1 43:1
object
18:3
Objection
19:16 21:9 22:14
28:10 37:14
38:8
observe
24:2
obviously
12:11
occurred
27:11
occurrence
21:5
offer
11:1
office
21:19,19
officer

41:3
**offices**
2:2
**official**
12:15
**Okay**
7:16 10:11 11:13
12:11 13:6 14:8
16:10 27:10
31:12 34:2 35:7
**operating**
22:5
**opinion**
16:15 17:6,8,13
17:14,22 18:10
18:11,15,16
19:9,10,11,13
20:1,5,9,13 21:6
22:12 27:5,9,10
**opinions**
19:18 20:12
21:11 35:14,18
35:19
**opposed**
24:14
**orange**
25:9
**order**
29:13,21
**outcome**
41:11
**outlet**
9:21 10:1,2,9,10
10:15 23:20
25:10 27:20
31:6,7
**outlets**
11:4 23:18 27:19

**P**

**P**
3:1,1 5:1 11:22
**page**
4:2,8 20:15,17,17
26:16,17 42:4
43:4
**pages**
1:21 15:7,9

**part**
10:20 14:1,2
28:20 34:4
**particular**
9:4
**parties**
41:10
**part-time**
5:16,22
**path**
19:2 29:12 37:6,7
37:8
**performed**
18:19 22:8 35:20
**performing**
9:3
**peripherals**
24:7
**personal**
12:14,16 13:1,2,4
22:11,12,17,17
23:6
**personally**
12:17
**phone**
14:22 24:10 25:4
39:4
**photograph**
31:9,19 32:18
33:5,6,9
**photographs**
4:10 21:1,8 26:7
26:16,18 27:15
28:22 29:1
**photos**
26:8,17
**physical**
21:5
**physically**
30:8
**physics**
12:5
**pictures**
32:14,20 33:9
38:21,22 39:5
**piece**
38:19

**pieces**
38:3
**pin**
19:1
**Pkach**
16:11
**Pkach's**
16:11 22:3
**place**
32:4
**Plaintiffs**
1:6 3:2 5:4
**please**
31:9 39:21
**plug**
10:10,19 11:4
33:7
**plugged**
9:20 10:9 23:21
24:18,20 25:2,4
25:6,7,9,10,12
25:14,15,17,19
25:21 26:3,5
27:21 30:5,21
32:3,5,9,10,11
32:15,17 33:2
38:22
**plugs**
27:16 28:21 29:6
29:14 36:11
**point**
20:14 39:1
**portable**
24:8
**portion**
37:20,22
**ports**
38:17
**possibilities**
39:8
**possible**
19:4
**power**
10:16,17 11:3,16
24:13,13 25:2,4
25:6 27:20
28:18,20 29:3

35:22 36:1,2,8,8
36:17,22 37:4
37:11
**powered**
9:20 25:6 28:18
**practices**
8:20
**precipitate**
22:19
**preparation**
17:18
**prepared**
15:5
**present**
38:12
**presentation**
12:12
**presumably**
10:2
**pretty**
7:12,18,19
**previously**
16:20
**primary**
5:13
**printer**
25:1 26:3,5 27:17
31:22 33:10,13
**prior**
17:16
**probability**
19:15
**probably**
6:13,15 27:2
36:14
**problems**
22:4 31:5
**proceedings**
41:4,6,7
**professional**
2:16 11:19 13:13
**prong**
29:15 30:4,6
**properly**
28:13,16 30:13,19
31:8
**propulsion**

11:17
**protection**
11:1
**protector**
10:15,20 11:5
24:12,14
**protectors**
10:22
**provide**
13:16,19 19:6
29:21 34:12
36:12
**provided**
14:1,2 21:2 22:2
**provides**
10:18 11:4
**Public**
2:16 41:1,21
**publications**
34:11
**Pursuant**
2:15
**put**
15:1,2 19:21 20:7
28:2
**P-K-A-C-H**
16:12
**P.E**
1:12 2:1 4:2 5:2
40:2,11
**p.m**
1:15 40:3

**Q**

**question**
7:21 17:11 19:20
**questions**
39:10,11
**quite**
39:18

**R**

**R**
3:1,11 5:1 42:1,1
43:1,1
**read**
39:12,15,21 40:12
**ready**

20:2
**REASON**
42:4 43:4
**reasonable**
19:18
**rebuilt**
12:18
**recall**
19:22 20:8 33:16
  35:4 36:18 39:3
**receive**
18:12
**received**
18:13
**receptacle**
29:2,15,16
**receptacles**
10:19 32:7,8
**recognized**
37:10
**recollection**
25:20
**record**
5:6 9:15 14:13,15
  14:20,21 15:2
  15:15 19:22
  26:11,15 38:10
  41:6
**records**
22:2 35:5
**reduced**
41:8
**reference**
28:22 35:5
**referencing**
35:4
**referred**
10:15,22 29:7
**referring**
20:16 32:22
**refined**
17:14 20:12,13
**refining**
17:9
**refresher**
11:19
**regarding**

9:2 18:1 21:11
  23:16 24:17,18
  38:2
**Registered**
2:16
**related**
11:8 41:9
**relating**
9:5 15:18 17:6
  18:7
**remember**
32:13 39:4
**remembering**
25:22
**removal**
22:8
**repair**
13:5 21:22 23:9
**repaired**
28:2
**repairs**
21:20,22
**replace**
22:9,19 23:15
**replaced**
22:13 23:4
**replacement**
23:2
**report**
4:9 13:15,16 14:9
  14:18,19 15:5
  15:21 16:16,22
  17:3 20:14
  21:15 27:2,15
  31:22 33:17
  34:8 35:2,9,14
**reported**
1:22 21:1
**reportedly**
23:21
**reporter**
2:16 14:21 26:9
  41:1
**reporters**
39:17
**reporter's**
15:8

**reports**
15:22
**requirements**
34:19 36:8
**research**
12:14,16 13:2,3
  22:18 23:7
**researching**
12:19
**reserve**
19:22 20:8
**residence**
14:4 18:19 35:21
**residence's**
30:7
**residential**
31:4
**result**
30:19 31:2
**retained**
4:7 15:17,21 34:1
  35:3
**RETURN**
42:3 43:3
**review**
16:8
**reviewed**
21:8 23:12 31:13
  34:3,5,7,19
**right**
8:6 9:4 14:5 16:1
  17:15 19:22
  20:8 23:5 26:1
  27:12 28:16
  32:3,14 33:2,5,7
  34:11 39:12
**Riley**
27:22
**Riley's**
16:8
**Rob**
14:10
**room**
23:18 24:9 27:5
**router**
25:8
**RPR**

1:22
**run**
29:9
**running**
38:17

---

**S**
---
**S**
3:1 4:1,6 5:1 42:1
  43:1
**safety**
9:2 29:16,21
**SANDRA**
3:3
**saw**
24:6 25:14 31:19
**says**
23:14 25:22 33:3
**scene**
24:21
**seal**
41:13
**searching**
12:20
**second**
25:10
**see**
24:16 31:10
  32:14,20 33:7
  33:11 39:5,6
**self-study**
11:18
**send**
26:20
**sensation**
21:4
**service**
22:2
**serviced**
18:13
**set**
24:8 41:12
**sheet**
40:16
**shock**
7:4 9:5 11:8 18:6
  18:7,12 19:7
  21:3 27:7,11,13

28:9
**shocked**
38:7
**SHORTHAND**
41:1
**show**
29:2 32:22 38:22
**showed**
31:7
**SICILIANO**
2:5 3:12
**Signature**
40:1,20 42:22
  43:22
**signed**
40:16
**silver**
33:8,11
**similar**
10:5,6
**sitting**
27:6
**six**
16:3
**size**
36:1,5
**smack**
33:5
**small**
24:8
**sold**
37:2
**sorry**
12:7 14:12 17:11
**sort**
11:18
**sounds**
37:7
**source**
29:10
**speak**
38:10
**speakers**
25:5,5
**specific**
12:12,22 17:10
  36:1

**specifically**
11:10,11 32:13
36:18 37:1
**spell**
8:21
**spelled**
16:12
**spend**
6:1
**standard**
33:19 36:15
**standards**
9:2
**state**
2:17 5:6 41:22
**statement**
21:2 37:7
**States**
1:1 5:12
**status**
24:17
**stenographically**
41:7
**stop**
26:9
**Store**
1:8 42:2 43:2
**strength**
19:11,12
**strip**
25:3,4,6,7,9 27:21
**substantively**
16:18
**suggest**
38:21
**suggested**
11:8
**Suite**
2:8 3:6,15
**summarize**
34:5
**Superior**
8:8
**supervision**
41:8
**supplement**
16:21

**supplementing**
17:3
**supplies**
29:8 36:8
**supply**
28:18 29:3 35:22
36:1,2,9,17,22
37:4,11
**support**
13:4
**sure**
6:12 7:12,19,19
39:12
**surface**
29:3 30:15
**surfaces**
29:18,21
**surge**
10:14,20,22 11:1
11:5 24:12,14
**sustained**
18:1 21:7,12,12
**sworn**
5:3
**system**
29:11 30:7,9,10
30:17,19 31:4
**systems**
11:17

**T**

**T**
4:1,1,6 42:1,1
43:1,1,1
**taken**
21:21 23:8 39:13
41:4,7
**talked**
14:17 17:2,17
**talking**
38:15
**tap**
10:16,17 11:3
24:13,13
**tasks**
12:19
**teach**
6:7

**technical**
39:16
**technically**
37:9
**Technologies**
5:17
**tell**
12:16 20:11,13,15
24:20 28:17
33:20
**template**
33:18
**term**
37:10
**test**
31:6
**tested**
34:7
**testified**
5:3 6:17,21 7:8
7:14,17,22 8:1,4
8:10,17 35:13
38:4,10
**testify**
7:7 20:2
**testifying**
8:19 20:3
**testimonies**
20:22
**testimony**
22:1,3 25:21
40:13,14
**testing**
18:17 21:18
35:20
**tests**
18:19 31:7
**texts**
34:15
**Thank**
9:13 39:9
**things**
20:5
**think**
5:13 11:9,10
14:11 16:12
22:8,22 23:15

24:12,13 26:20
27:18 35:8,12
38:9 39:4
**third**
29:15
**thought**
21:16
**three**
6:15 29:5,6
**time**
5:20 6:1,20,21
15:20,21 17:12
25:16 31:12,14
33:14
**times**
8:4 39:16
**today**
5:19 20:3 35:13
**top**
39:3
**total**
16:5 26:16
**touched**
38:4,5
**touches**
37:12
**touching**
37:13
**Towson**
3:7
**training**
11:13,15,22 12:13
12:15
**transcript**
39:12 41:5
**transcription**
40:14
**trial**
8:18
**trip**
30:11,21
**tripped**
31:2
**true**
40:13 41:5
**trying**
11:9

**Tufts**
11:15 12:6,9
**turn**
25:10
**Twice**
8:5
**two**
16:13 26:15
29:14
**type**
7:3 21:4 36:6,13
**typewriting**
41:8
**typically**
39:15

**U**

**U**
43:1
**undergraduate**
12:4,5,7
**underneath**
38:6
**understand**
11:21 23:3
**undesired**
37:8
**United**
1:1 5:11
**units**
37:3
**University**
11:15 12:9
**unplug**
33:14
**unplugged**
25:1,2,3,8 33:16
**USB**
32:1,6,8 33:2,3,6
33:7,8,12 38:22
39:2,6
**use**
9:5 12:11 29:13
33:17 36:3,9,12
**Usually**
6:3

**V**

**v**
1:7 42:2 43:2
**varies**
6:3
**verbal**
13:19,21,22 14:6
   14:9 35:2
**Verizon**
25:8
**virus**
22:7,8,18
**viruses**
22:22
**visual**
18:20
**voltage**
29:8 30:9
**voltages**
36:9,11

---
**W**
---
**waive**
39:14
**waived**
40:1
**wall**
30:5
**want**
8:21 10:1 14:20
   19:21
**wanted**
13:11 17:12
   31:16
**wasn't**
17:15 32:11
**way**
19:5,7 26:5 30:9
   37:18
**went**
6:7 23:22 24:3,21
**West**
3:5
**WHEREOF**
41:12
**white**
26:7 32:21
**widely**
36:14

**wired**
31:8
**wireless**
25:8
**wires**
28:1,6,7
**wiring**
31:4
**WITNESS**
12:7 39:15 41:12
**word**
20:12
**work**
5:9,21 6:8,14
   8:19 9:1,3 12:12
   26:20 37:3
**working**
5:20 6:5,13 13:8
   30:19
**wouldn't**
6:14 17:8
**write**
16:21 34:8
**writing**
20:7 33:17
**writings**
14:5
**written**
13:20 15:5 36:21
**wrong**
23:10
**wrote**
14:3 15:21,22
   20:18

---
**X**
---
**x**
1:3,10 4:6

---
**Y**
---
**years**
6:4

---
**Z**
---
**zero**
30:9

---
**1**
---

**1**
1:21 4:9 15:11,12
   16:3
**10**
6:13
**11806**
1:20
**14th**
35:11
**15**
4:9 6:14
**17251**
2:7 3:14

---
**2**
---
**2**
4:10 26:12,15
**2:15**
1:15
**20**
1:14 6:3,10
**200**
2:8 3:15
**2003**
6:9 13:9
**2005**
13:14
**2007**
8:9 15:19
**2008**
18:18 35:11
**2009**
7:20
**2010**
7:2
**2011**
1:14 13:15,18
   15:6,22 41:14
**2013**
41:16
**20715**
2:9 3:16
**21**
31:9
**21204**
3:7
**25th**
7:20

**26**
4:10
**27th**
15:19
**28**
13:18
**28th**
13:15 15:6,22

---
**3**
---
**3**
20:17
**3:15**
40:3
**30th**
41:13,16
**301**
2:10 3:17
**305**
3:5
**32**
32:18,19
**325**
3:6
**33**
32:18,19 33:5
**337-7704**
3:8
**352-4950**
2:10 3:17
**37**
33:9
**39**
33:9

---
**4**
---
**410**
3:8
**43**
1:21

---
**5**
---
**5**
4:3
**50**
29:1
**51**
29:2

---
**7**
---
**73**
26:16